OPINION — AG — SCHOOL DISTRICTS AND LOCAL BOARDS OF EDUCATION HAVE NO EXPRESS OR IMPLIED AUTHORITY TO EXPEND PUBLIC FUNDS IN THEIR CARE FOR PUBLICATIONS OR MATERIAL RELATIVE TO AN EMERGENCY MILLAGE ELECTION AS PROVIDED FOR BY 70 O.S. 1971, 5-134 [70-5-134], EXCEPT AS TO THE NOTICE OF ELECTION THEREIN REQUIRED. CITE: 26 O.S. 1978 Supp., 16-119 [26-16-119], 70 O.S. 1979 Supp., 5-117 [70-5-117] (JOHN F. PERCIVAL) ** SEE: OPINION NO. 91-027 (1992) **